

# Fourth Court of Appeals
## San Antonio, Texas

October 8, 2019

No. 04-19-00393-CV

**STATE FARM LLOYDS**,
Appellant

v.

Stephen A. **VEALE**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-10370
Honorable Michael E. Mery, Judge Presiding

# O R D E R

The Notification of Late Reporter's Record is NOTED. The reporter's record is due October 21, 2019. No Further Extensions.

Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of October, 2019.

LUZ ESTRADA,
Chief Deputy Clerk